IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) ) ) | No. 3:11-00145 |
| vs. | ) ) ) | JUDGE HAYNES |
| TACKERETTE BIGBEE, | ) ) | |
| *Defendant.* | ) | |

**MOTION FOR STATUS CONFERENCE**

Comes now the Defendant, **Tackerette Bigbee**, by and through counsel, and respectfully requests the Court schedule a status conference in this case after the first of the year. The purpose of the status conference is set a trial date and scheduling order. Counsel believes that this case can be ready for trial in August 2013.

Respectfully submitted this 18th day of December 2012.

*[Handwritten note: This motion is GRANTED. The conference is set for January 4, 2013 at 4:00 pm. [signature] 12-19-12]*

Craig P. Fickling, BPR #014845
**Fickling & Madewell**
118 East First Street
Post Office Box 1483
Cookeville, Tennessee 38503
Telephone: 931/528-6403

/s/ Craig P. Fickling

Attorney for Defendant
**Tackerette Bigbee**