# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,      )
                                     )

     Plaintiff,                     )
                                     )

v.                                   )     No. 3:11-00145
                                   )     Chief Judge Haynes

TACKERETTE BIGBEE,           )
                                     )

     Defendant.                )

## O R D E R

The status conference in this action is **re-set for Friday, February 1, 2013 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the _22nd_ day of January, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court